UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                Plaintiff,        23-cv-2091 (JGK)

     - against -             ORDER

SABAH SHOES LLC, ET AL.,

                Defendants.

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendant Sabah Shoes LLC to answer was April 12, 2023, and the time for defendant Jill Planter to answer was April 17, 2023. See ECF Nos. 5-6. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **May 19, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiff should mail a copy of this Order to the defendants and file proof of service on the docket by **May 2, 2023**.

SO ORDERED.

Dated:   New York, New York
           April 25, 2023

                                      John G. Koeltl
                                United States District Judge